# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL A. PHELPS

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C04-5215FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for an Award of Attorney's Fees [DKT #26] is **GRANTED.** Plaintiff is awarded 42 U.S.C. § 406(b) attorney fees in the sum of $7,791.22, minus any § 406(d).

| | |
|---|---|
| May 14, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |